**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 126 MAL 2017

            Respondent                 :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court
           v.                     :

                               :

                               :

TERANCE P. HEALY,                 :

                               :

            Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.